# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IRMA AGUIRRE,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>MUNDO, LLC, et al.,<br><br>　　　　Defendant(s). | Case No. 2:13-cv-1957-LDG-NJK<br><br>ORDER DENYING PROPOSED DISCOVERY PLAN (Docket No. 15)<br><br>ORDER SETTING BRIEFING SCHEDULE (Docket No. 16) |

Pending before the Court is a proposed discovery plan. Docket No. 15. The day after the proposed discovery plan was filed, Defendants filed a motion to stay discovery pending resolution of their motion to dismiss. *See* Docket No. 16. The Court hereby **DENIES** the proposed discovery plan pending resolution of the motion to stay. In the event the Court denies the motion to stay, the parties shall submit a joint proposed discovery plan within seven days of such order.

The Court further orders that the response to the motion to stay (Docket No. 16) be filed no later than December 20, 2013, and any reply be filed no later than December 27, 2013.

IT IS SO ORDERED.

DATED: December 13, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge