# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IRMA AGUIRRE, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> MUNDO, LLC, et al., ) <br> ) <br> Defendant(s). ) <br> _____ ) | Case No. 2:13-cv-1957-LDG-NJK <br><br> ORDER DENYING PROPOSED <br> DISCOVERY PLAN (Docket No. 24) |

Pending before the Court is a proposed discovery plan. Docket No. 24. The proposed discovery plan is deficient in numerous ways. First, the proposed discovery plan misstates the deadline for filing requests to extend the deadlines established by the scheduling order. *See* Local Rule 26-4. Second, the proposed discovery plan incorrectly calculates the deadlines for filing dispositive motions and the proposed joint pretrial order. The filing of dispositive motions must be completed within 30 days <u>after</u> the discovery cut-off, not before, with the proposed joint pretrial order deadline following thereafter. *See* Local Rules 26-1(e)(4), 26-1(e)(5). Accordingly, the proposed discovery plan is hereby DENIED. The parties shall submit a revised discovery plan no later than January 9, 2014, that complies with the Local Rules.

IT IS SO ORDERED.

DATED: January 7, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge