MARGARET A. MCLETCHIE, Nevada Bar No. 10931
MATTHEW J. RASHBROOK, Nevada Bar No. 12477
**MCLETCHIE SHELL LLC**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff*

DEANNA L. FORBUSH, ESQ.
Nevada State Bar No. 6646
**MORRIS POLICH & PURDY LLP**
500 S. Rancho Dr., Suite 17
Las Vegas, Nevada 89106
(702) 331-4924
dforbush@mpplaw.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IRMA AGUIRRE, an individual, | CASE NO.: 2:13-cv-01957-LDG-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER** |
| MUNDO, LLC, a Nevada Limited Liability Company; ALIEN TEQUILA SPIRITS COMPANY, LLC, a Nevada Limited Liability Company; GEORGE HARRIS, an individual; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendant. | |

COME NOW Plaintiff, IRMA AGUIRRE ("Plaintiff") and Defendants, MUNDO, LLC, a Nevada Limited Liability Company, ALIEN TEQUILA SPIRITS COMPANY, LLC,

1

a Nevada Limited Liability Company, and GEORGE HARRIS, an individual ("Defendants") and hereby stipulate and agree to extend the settlement dates as follows:

On August 4, 2015, a Settlement Conference was held in this matter, and a settlement was reached.

On August 20, 2015, a confidential settlement agreement was entered into by Plaintiff and Defendants.

The terms of the confidential settlement agreement required the settlement funds to be paid by August 31, 2015, and further required the parties to file a stipulation of dismissal by September 1, 2015.

In the interim, the Internal Revenue Service filed a Notice of Levy with the Court, which was forwarded to Plaintiff and Defendants.

On August 28, 2015, a hearing was held where Plaintiff, Defendants, and the United States appeared before the Court. At that hearing the Court expressed concerns with a previously filed stipulation and the prospect of a possible related interpleader action.

Following that hearing, Plaintiff and Defendants both conferred with the Internal Revenue Service, and an agreeable resolution has been reached between Plaintiff, Defendants, and the Internal Revenue Service with regard to how settlement funds in this matter shall be distributed and the levy that has been filed. However, the resolution could not be accomplished within the previously scheduled deadlines.

Therefore, Plaintiff and Defendants request that the Court extend the deadlines previously entered in this matter by three weeks, which will allow Plaintiff and Defendants to complete required filings and disbursement of settlement funds as agreed.

Accordingly, it is hereby stipulated and agreed to by and between Plaintiff and Defendants that:

1. The deadline for disbursement of settlement funds to counsel for Plaintiff shall be **five (5) business days from the IRS's lifting of its levy**.

///

///

2. The deadline for the parties to file a stipulation of dismissal shall be **five (5) business days from the disbursement of all settlement funds**.

DATED this 1st day of September, 2015.

MCLETCHIE SHELL LLC                                   MORRIS POLICH & PURDY LLP

*/s/ Margaret A. McLetchie*                           */s/ Deanna L. Forbush, Esq.*
MARGARET A. MCLETCHIE                                 DEANNA L. FORBUSH, ESQ.
Nevada State Bar No. 10931                            Nevada State Bar No. 6646
*Attorney for Plaintiff*                              *Attorney for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
LLOYD D. GEORGE

Dated this ____ day of September, 2015.

MCLETCHIE SHELL
ATTORNEYS AT LAW
701 EAST BRIDGER AVE., SUITE 520
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM