MARGARET A. MCLETCHIE, Nevada Bar No. 10931
**MCLETCHIE SHELL LLC**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorney for Plaintiff, Irma Aguirre*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IRMA AGUIRRE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MUNDO, LLC, a Nevada Limited Liability Company; ALIEN TEQUILA SPIRITS COMPANY, LLC, a Nevada Limited Liability Company; GEORGE HARRIS, an individual; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendant. | CASE NO.: 2:13-cv-01957-LDG-NJK<br><br>Order granting<br>**PLAINTIFF'S MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |

**PLAINTIFF'S MOTION TO REMOVE ATTORNEY FROM SERVICE LIST**

Plaintiff, Irma Aguirre, by and through her attorney of record, Margaret A. McLetchie, of the law firm of McLetchie Shell LLC, hereby request that Matthew J. Rashbrook be removed from the list of counsel to be noticed.  Mr. Rashbrook is no longer with McLetchie Shell LLC.

///

///

///

1

DATED this 11th day of September, 2015.

          */s/ Margaret A. McLetchie*
MARGARET A. MCLETCHIE, Nevada Bar No. 10931
**MCLETCHIE SHELL LLC**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorney for Plaintiff, Irma Aguirre*

### CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2015, I did serve, via Case Management/Electronic Case Filing, a copy of the above and foregoing PLAINTIFF'S MOTION TO REMOVE ATTORNEY FROM SERVICE LIST addressed to:

DEANNA L. FORBUSH, ESQ.
**MORRIS POLICH & PURDY LLP**
500 S. Rancho Dr., Suite 17
Las Vegas, Nevada 89106
dforbush@mpplaw.com
*Attorney for Defendants*

    */s/ Pharan Burchfield*
An Employee of MCLETCHIE SHELL LLC

IT IS SO ORDERED.
Dated: September 11, 2015

_____
United States Magistrate Judge

2