MARGARET A. MCLETCHIE, Nevada Bar No. 10931
**MCLETCHIE SHELL LLC**
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorney for Plaintiff, Irma Aguirre*

DEANNA L. FORBUSH, Nevada Bar No. 6646
**MORRIS POLICH & PURDY LLP**
500 South Rancho, Suite 17
Las Vegas, NV 89106
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
Email: DForbush@mpplaw.com
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IRMA AGUIRRE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MUNDO, LLC, a Nevada Limited Liability Company; ALIEN TEQUILA SPIRITS COMPANY, LCC, a Nevada Limited Liability Company; GEORGE HARRIS, an individual; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:13-cv-01957-LDG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Irma Aguirre ("Plaintiff"), by and through her attorneys of record, Margaret A. McLetchie of the law firm McLetchie Shell LLC, and Defendants, Mundo, LLC, Alien Tequila Spirits Company, LLC, and George Harris (collectively "Defendants"), by and through their counsel of record, Deanna L. Forbush of the law firm Morris Polich & Purdy

1

LLP, hereby stipulate and agree as follows:

IT IS SO STIPULATED that all claims asserted by the Plaintiff in this action against the Defendants, and each of them, shall be dismissed **with prejudice** and that each party shall bear its own attorneys' fees and costs.

DATED this 18th day of September, 2015.

| | |
|---|---|
| */s/ Margaret A. McLetchie* | */s/ Deanna L. Forbush* |
| MARGARET A. MCLETCHIE | DEANNA L. FORBUSH |
| Nevada Bar No. 10931 | Nevada Bar No. 6646 |
| **MCLETCHIE SHELL LLC** | **MORRIS POLICH & PURDY LLP** |
| 701 East Bridger Ave., Suite 520 | 500 South Rancho, Suite 17 |
| Las Vegas, NV 89101 | Las Vegas, NV 89106 |
| Telephone: (702) 728-5300 | Telephone: (702) 862-8300 |
| Facsimile: (702) 425-8220 | Facsimile: (702) 862-8400 |
| Email: maggie@nvlitigation.com | Email: DForbush@mpplaw.com |
| *Attorney for Plaintiff, Irma Aguirre* | *Attorney for Defendants* |

## ORDER

Pursuant to the above-stipulation:

IT IS SO ORDERED that all claims asserted by the Plaintiff in this action against the Defendants, and each of them, shall be dismissed **with prejudice** and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED this 21 day of September, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE
LLOYD D. GEORGE

2